**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-60927 -CIV-SMITH**

ALLEN SAKS, individually and on
behalf of all others similarly situated,

                   Plaintiff,

v.

CCS – South Florida LLC,
d/b/a Complete Collection Service,

                   Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the Parties' Joint Stipulation of Dismissal With Prejudice

[DE9].  Upon consideration, it is

**ORDERED** that:

1.     This matter is **DISMISSED with prejudice.**

2.     Each party shall bear its own attorney's fees and costs.

3.     All pending motions are **DENIED as moot.**

4.     This case is **CLOSED.**

DONE AND ORDERED in Fort Lauderdale, Florida, this 8th day of July 2021.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to: Counsel of Record